## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | | |
|---|---|---|
| **FINANCIAL FEDERAL CREDIT, INC.** | § | |
| | § | |
| **Plaintiffs,** | § | |
| | § | |
| | § | |
| v. | § | **CIVIL ACTION NO. 4:06-cv-04049** |
| **ELITE WASTE & RECYCLE, LLC,** | § | |
| **DOUGLAS SMITH, MICHAEL** | § | |
| **MARANTE, AND MEGAN DREHER** | § | |
| | § | |
| **Defendants.** | § | |

## MEMORANDUM AND ORDER

Plaintiffs filed a complaint against Defendants with this Court on December 22, 2006.

(Docket No. 1.)  The Court granted Plaintiff's request for Default Judgment as to Defendants

Elite Waste & Recycle, Douglas Smith, and Michael Marante on October 1, 2007.  (Docket No.

15.)  The remaining Defendant, Megan Dreher, has not been served.[1]

Federal Rule of Civil Procedure 4(m) requires a plaintiff to serve the summons and

complaint on a defendant within 120 days after filing the complaint.  FED. R. CIV. P. 4(m).  Rule

4(m) states that if service is not made within 120 days, a court "shall dismiss the action without

prejudice as to that defendant or direct that service be effected within a specified time; provided

that if the plaintiff shows good cause for the failure, the court shall extend the time for service

for an appropriate period."  Id.  The Court may dismiss the action on its own initiative after notice

to the plaintiff.  Id.

Nearly ten months have passed since Plaintiff filed the complaint in this case.  Plaintiff

has not asked the Court for additional time to serve Defendant Dreher and has made no attempt

---

[1] A summons was issued as to Defendant Dreher on December 22, 2006, but was returned unexecuted on May 10,
2007.  The summons was re-issued to on May 29, 2007, but has not been executed.  Another summons was issued to
Defendant Dreher on September 12, 2007, but has not been executed.

to explain to the Court why it has been unable to make service.  The Court further notes that Plaintiff did not appear for an initial conference on October 19, 2007 to discuss the matter.

Purusant to Rule 4(m), the Court hereby notifies Plaintiff that this action will be dismissed without prejudice as to Defendant Dreher if Plaintiff does not serve Defendant Dreher or show good cause for its failure to do so by November 2, 2007.

**IT IS SO ORDERED.**

**SIGNED** this 23rd day of October , 2007.

KEITH P. ELLISON
UNITED STATES DISTRICT JUDGE

TO INSURE PROPER NOTICE, EACH PARTY WHO RECEIVES THIS ORDER SHALL
FORWARD A COPY OF IT TO EVERY OTHER PARTY AND AFFECTED NON-PARTY
EVEN THOUGH THEY MAY HAVE BEEN SENT ONE BY THE COURT